**RENCNHRG**

# *United States Bankruptcy Court*
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Kenneth D Mercer JR
5690 Brentwood Drive
Hoffman Estates, IL 60192
SSN: xxx–xx–6691 EIN: N.A.

Case No. : 19–17699
Chapter : 13
Judge : Jacqueline P. Cox

---

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847–673–8600

Trustee:
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

312 294–5900

## RENOTICE CONFIRMATION HEARING

Please take notice that the confirmation hearing date has been reset for:

August 19, 2019 10:30 AM
219 South Dearborn, Courtroom 680, Chicago, IL 60604

For the Court,

Dated: July 17, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court