# *United States Bankruptcy Court*

### *Northern District of Illinois*

### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

---

In Re:

Kenneth D Mercer JR
5690 Brentwood Drive
Hoffman Estates, IL 60192
SSN: xxx−xx−6691 EIN: N.A.

Case No. : 19−17699

Chapter : 13
Judge :   Jacqueline P. Cox

---

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847−673−8600

Trustee:
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

312 294−5900

## RENOTICE CONFIRMATION HEARING

Please take notice that the confirmation hearing date has been reset for:

August 19, 2019 10:30 AM
219 South Dearborn, Courtroom 680, Chicago, IL 60604

For the Court,

Dated: July 17, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 19-17699-JPC
Kenneth D Mercer, JR                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: ckeith          Page 1 of 2        Date Rcvd: Jul 17, 2019
                           Form ID: rencnhrg      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db            +Kenneth D Mercer, JR,   5690 Brentwood Drive,   Hoffman Estates, IL 60192-4642
27949704      +Citibank,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
27949713      +Montgomery & Eaton Dental,   1501 Woodfield Rd,   Schaumburg, IL 60173-5439
27949715      +Plastic Surgery Chicago, LLC,   60 E Delaware Pl #1430,   Chicago, IL 60611-1495
27949719      +US BankCorp,   Attn: Bankruptcy,   Po Box 5229,   Cincinnati, OH 45201-5229
27997937      +USAlliance Federal Credit Union,   300 Apollo Drive,   Chelmsford, MA 01824-3629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27949701      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2019 02:07:12     Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
27949707      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 18 2019 02:49:01     Credit One Bank,
               Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
27949708       E-mail/Text: mrdiscen@discover.com Jul 18 2019 02:11:03     Discover Financial,
               Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
27965751       E-mail/Text: mrdiscen@discover.com Jul 18 2019 02:11:03     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
27949710      +E-mail/Text: bk@lendingclub.com Jul 18 2019 02:13:17     LendingClub,   Attn: Bankruptcy,
               71 Stevenson St, Ste 1000,   San Francisco, CA 94105-2967
27949712      +E-mail/Text: bkr@cardworks.com Jul 18 2019 02:10:36     Merrick Bank/CardWorks,
               Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
27949714      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 02:11:54     Petland/Comenity,
               Attn: Bankruptcy,   Po Box 183043,   Columbus, OH 43218-3043
27949716      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 18 2019 02:13:09     Quicken Loans,
               Attn: Bankruptcy,   1050 Woodward Avenue,   Detroit, MI 48226-1906
27986351      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 18 2019 02:13:09     Quicken Loans Inc.,
               635 Woodward Ave.,   Detroit, MI 48226-3408
27952784      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 02:07:10     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
27949717      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 02:07:10     Synchrony Bank/Amazon,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
27949718      +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 02:07:10     Synchrony Bank/PayPal Cr,
               Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
27949721      +E-mail/Text: bankruptcy@usalliance.org Jul 18 2019 02:14:20     Usalliance Federal Cr,
               600 Midland Avenue,   Rye, NY 10580-3902
27949722      +E-mail/Text: BNOTICING@WSECU.ORG Jul 18 2019 02:14:33     WSECU,   Attn: Bankruptcy,
               Po Box Wsecu,   Olympia, WA 98507-0099
                                                                                  TOTAL: 14

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27949702*     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
27949703*     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
27949705*     +Citibank,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
27949706*     +Citibank,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
27949709*    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial,   Attn: Bankruptcy Department,   Po Box 15316,
               Wilmington, DE 19850)
27949711*     +LendingClub,   Attn: Bankruptcy,   71 Stevenson St, Ste 1000,   San Francisco, CA 94105-2967
27949720*     +US BankCorp,   Attn: Bankruptcy,   Po Box 5229,   Cincinnati, OH 45201-5229
                                                                        TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                         Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: ckeith              Page 2 of 2              Date Rcvd: Jul 17, 2019
                             Form ID: rencnhrg          Total Noticed: 20

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Kenneth D Mercer, JR cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Josephine J Miceli    on behalf of Creditor    Quicken Loans Inc. Jo@johnsonblumberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn   ecf@tvch13.net,  ecfchi@gmail.com
                                                                                      TOTAL: 4